THE PEOPLE OF THE STATE OF NEW YORK Respondent, *v.* A. ALLEN GALERSTON, Appellant.

Argued November 22, 1937; decided January 11, 1938.

657

*I. Maurice Wormser* and *John D. Mithertz* for appellant.
*William Copeland Dodge*, District Attorney (*Felix C. Benvenga, Bernard Botein* and *Richard H. Wels* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., LEHMAN and RIPPEY, JJ.